June 30, 2006

Mr. Arturo G. Michel
City Attorney
900 Bagby, 4th Floor
Houston, TX 77251

Ms. Elizabeth L Pool
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, TX 77002
Mr. Michael D. Hudgins
The Hudgins Law Firm
24 Greenway Plaza, Suite 1707
Houston, TX 77046

Mr. Robert A. Plessala
Cokinos Bosien & Young
2919 Allen Parkway, Suite 1500
Houston, TX 77019-2124

RE: Case Number: 04-0730
 Court of Appeals Number: 01-02-00812-CV
 Trial Court Number: 99-56191

Style: CITY OF HOUSTON
 v.
 ALLCO, INC.

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses
the court of appeals' judgment and remands the case to that court and
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause. (Justice Willett not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie |
| |Thompson |
| |Mr. Charles |
| |Bacarisse |